**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ANNETTE AYALA,** | ) |
| Plaintiff, | ) Case No. EDCV 14-1768 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

February 25, 2016

_____
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE